# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINA M. SCERANKA, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:17-1532 |
| v. | : | (MANNION, D.J.) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | : | |
| Defendant | : | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report of Judge Mehalchick, **(Doc. 19)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the plaintiff's appeal of the final decision of the Commissioner denying her claim for SSI benefits, **(Doc. 1)**, is **GRANTED** and the Commissioner's decision is **REMANDED**;

**(3)** the Commissioner's objections to the report of Judge Mehalchick, **(Doc. 20)**, are **OVERRULED**; and

**(4)** the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: September 7, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-1532-01-ORDER.wpd